IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HILL,<br>　　Petitioner, | :<br>:<br>: |
| 　　　　v. | :     CIVIL ACTION NO. 20-5885<br>: |
| JAMIE SOBER, *et al.,*<br>　　Respondents. | :<br>: |

### ORDER

**AND NOW** this 20th day of October, 2022, upon careful and independent consideration of the amended counseled petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, and Petitioner's counseled objections thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DISMISSED** without an evidentiary hearing;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk shall **CLOSE** this case.

.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　/s/ Jeffrey L. Schmehl
　　　　　　　　　　　　　　　　　　JEFFREY L. SCHMEHL, J.